IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROY O. DANIELS,

    Plaintiff,

v.                                    CASE NO. 4:18cv401-RH/CJK

STATE OF FLORIDA,

    Defendant.

_____/

## ORDER FOR TRANSFER

This case is before the court on the magistrate judge's report and recommendation, ECF No. 3. and the objections, ECF No. 6. I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. This case is transferred to the United States District Court for the Middle District of Florida, Jacksonville Division. The clerk must take all steps necessary to effect the transfer.

SO ORDERED on September 17, 2018.

                                      s/Robert L. Hinkle
                                      United States District Judge